UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY,<br><br>Plaintiff-in-Interpleader,<br><br>v.<br><br>ESTATE OF RICHARD A YEAKLEY, *et al.*,<br><br>Defendants. | Case No. C06-0352RSL<br><br>ORDER DENYING DEFENDANTS' MOTION FOR DEFAULT JUDGMENT |

This matter comes before the Court on a motion for default judgment filed by certain defendants, namely the Estate, Ralph Yeakley, Jr., and Diane K. Yeakley, against the remaining defendants. This matter involves a dispute regarding the proper beneficiaries of the proceeds from a group life insurance policy issued by plaintiff Aetna Life Insurance Policy.

Having reviewed the memoranda, declarations, and exhibits submitted by the parties, the Court finds as follows:

(1) This motion is premature. The Clerk of Court has not entered a default against the non-moving defendants as required by Fed. R. Civ. P. 55(a) and Local Civil Rule 55(a).

(2) Based on the evidence submitted by plaintiff, it does not appear that a default could be entered against the non-moving defendants. The Waiver of Service of Summons

1  forms sent by plaintiff incorrectly state that an answer or motion under Rule 12 must be
2  filed within sixty days of November 10, 2005.  Any defendant who actually read the
3  form, which was not mailed until at least March 16, 2006, could conclude that the time to
4  respond to the complaint had already passed.  While such a technical defect in service
5  may not justify dismissal of the complaint, it precludes the entry of default or default
6  judgment against a non-responding party.
7
8           For all of the foregoing reasons, the motion for default judgment is
9  DENIED.
10
11          DATED this 9th day of June, 2006.
12
                              /s/ Robert S. Lasnik
13                            Robert S. Lasnik,
                              United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26